UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO MORALES,<br><br>        Plaintiffs,<br><br>   v.<br><br>GENERAL MOTORS LLC,<br><br>        Defendants. | Case No. 24-cv-03330-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

ADR:  Matter is referred to Private Mediation to be completed by:  12/31/2024.

FURTHER CASE MANAGEMENT: 1/10/2025 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  N/A

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 5/2/2025.

DESIGNATION OF EXPERTS: 4/4/2025; REBUTTAL: 4/18/2025;
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 5/2/2025.

DISPOSITIVE MOTIONS **SHALL** be filed by; 5/9/2025;
     Opp. Due: 5/23/2025; Reply Due: 5/30/2025;
     and set for hearing no later than 6/13/2025 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  7/1/2025
PRETRIAL CONFERENCE DATE: 7/15/2025 at 1:30 PM.

JURY TRIAL DATE: 8/18/2025 at 8:30 AM.
     Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 3 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: September 20, 2024

_____
SUSAN ILLSTON
United States District Judge