1  Ryan K. Marden (SBN 217709)
   **Marden Law, Inc.**
2  18012 Cowan, Suite 200
   Irvine, CA 92614
3  (714) 822-4450
   rmarden@marden-law.com
4
5  Attorney for Plaintiffs
6  MAURICIO MORALES,

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO MORALES, | CASE NO:. 3:24-CV-03330-SI |
| Plaintiffs, | |
| vs. | ORDER APPROVING THE **JOINT MOTION TO DISMISS** |
| GENERAL MOTORS, LLC, a limited liability company; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO THE COURT**:

The parties jointly, by and through their counsel of record, hereby request that the matter be dismissed with prejudice. The parties have executed a settlement agreement and all parties have satisfied their obligations under the terms of the settlement agreement.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED:  November 19, 2024            MARDEN LAW, INC.


                                     /s/Ryan K. Marden
                                     Ryan K. Marden
                                     Attorney for Plaintiffs

                                     MAURICIO MORALES

DATED:  November 19, 2024            PARK, LAWLESS & TREMONTI


                                     /s/Steven Park
                                     Steven Park
                                     Attorney for Defendant
                                     General Motors, LLC



Date:  November 19, 2024

JOINT MOTION TO DISMISS

2